BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00203 AWI- SKO |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO VACATE STATUS CONFERENCE; ORDER |
| v. | |
| JUDI ANN PAPAGINI, | DATE: November 18, 2013<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
| Defendants, | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. Defendant has executed a Plea Agreement. Parties expect a change of plea to be entered on December 16, 2013, before Honorable Anthony W. Ishii, the next hearing currently scheduled with the court.

2. By this stipulation the parties move to vacate the status conference set for November 18, 2013, at 1:00 p.m. before Magistrate Sheila K. Oberto.

1

IT IS SO STIPULATED.

DATED: November 15, 2013

          /s/Mark J. McKeon
          MARK J. MCKEON
          Assistant United States Attorney

DATED: November 15, 2013

          /s/Roger T. Nuttall
          ROGER T. NUTTALL
          Counsel for Defendant
          JUDI ANN PAPAGINI

**O R D E R**

IT IS SO ORDERED.

Dated: **November 15, 2013**        **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE