**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, JUDI PAPAGNI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-cr-00203-AWI |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| v. | |
| JUDI PAPAGNI, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties herein, that the sentencing hearing currently scheduled for March 10, 2014, be continued to June 16, 2014, at 10:00 a.m.

**IT IS ALSO STIPULATED** by and between the parties herein, that Defendant's informal objections to the Presentence Report shall become due on May 27, 2014, and Defendant's formal objections shall become due on June 9, 2014.

Counsel respectfully requests a continuance of Ms. PAPAGNI's sentencing hearing since Ms. PAPAGNI is expected to complete her in-patient drug rehabilitation program by the end of May, 2014.

Accordingly, counsel respectfully requests that the sentencing hearing on JUDI PAPAGNI's case be continued to June 16, 2014, at 10:00 a.m.

1

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.  Counsel's office has communicated with Assistant U.S. Attorney Mark McKeon, who has expressed no objection to the instant request.

IT IS SO STIPULATED.

Dated:  February 6, 2014.        Respectfully submitted,

NUTTALL & COLEMAN


By /s/ ROGER T. NUTTALL
   ROGER T. NUTTALL
   Attorneys for Defendant,
   JUDI PAPAGNI

Dated:  February 6, 2014.        BENJAMIN B. WAGNER
                                 United States Attorney


By   /S/ MARK J. McKEON
     MARK J. McKEON
     Assistant U.S. Attorney

### ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter be reset to June 16, 2014, at 10:00 a.m., and the above-noted briefing schedule be followed.

IT IS SO ORDERED.

Dated:  February 8, 2014

_____
SENIOR DISTRICT JUDGE

2